FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLWEST IMPORTS, LLC, a Washington State limited liability company,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRANDON FOOTE and ANGELA FOOTE, individually and the marital community thereof,<br><br>                    Defendants. | No.   2:20-cv-00087-SMJ<br><br>**ORDER ADOPTING STIPULATED CONSENT DECREE AND PERMANENT INJUNCTION** |

Pursuant to the stipulation of the parties, the parties' Stipulated Consent Decree and Permanent Injunction, **ECF No. 6**, is **GRANTED**, **APPROVED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of April 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED CONSENT DEGREE AND PERMANENT INJUNCTION – 1